December 9, 1983.

469 A.2d 281

Commonwealth v. Baez a/k/a Crespo, Appellant.

Argued June 8, 1983. J. David Underman, for appellant; Shad Connelly, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, President Judge, and SPAETH and HESTER, JJ.

Order affirmed.

SPAETH, J., filed a memorandum concurring and dissenting opinion.

469 A.2d 282

Commonwealth v. Dixon, Appellant.

Submitted October 27, 1983. Robert G. Kochems, Assistant Public Defender, for appellant; Charles S. Hersh, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, JOHNSON and MONTGOMERY, JJ.

Judgment of sentence affirmed.